# UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**                   **CASE NO. 6:25-cr-10070-EFM**

**ALEXANDER L. BARNES,**       **Filed Under Seal**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF A FIREARM BY A PROHIBITED PERSON**
**[18 U.S.C. § 922(g)(1)]**

On or about November 21, 2024, in the District of Kansas, the defendant,

**ALEXANDER L. BARNES,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

**POSSESSION OF A FIREARM BY A PROHIBITED PERSON**
**[18 U.S.C. § 922(g)(1)]**

On or about April 7, 2025, in the District of Kansas, the defendant,

**ALEXANDER L. BARNES,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3

**POSSESSION OF A FIREARM BY A PROHIBITED PERSON**
**[18 U.S.C. § 922(g)(1)]**

On or about June 4, 2025, in the District of Kansas, the defendant,

**ALEXANDER L. BARNES,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

2.      Upon conviction of the violation(s) set forth in Count 1 through 3 of this

Indictment, the defendant, ALEXANDER L. BARNES, shall forfeit to the United States

of America any firearms, and ammunition involved in the commission of the offense,

including, but not limited to, the following:

A.      a Glock Model 23 .40 caliber handgun (Frame SN KFU017; Slide SN GSW489) with extended magazine;

B.      a Taurus International Manufacturing Inc. 9mm handgun (SN TZF50563);

C.      a Ruger AR556 rifle (SN 858-12775);

D.      a Ruger 9mm handgun (SN 38600550); and

E.      Any accompanying ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United

States Code, Section 2461.

A TRUE BILL.


July 8, 2025                                  s/Foreperson
DATE                                     FOREPERSON OF THE GRAND JURY

3

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Jason W. Hart
JASON W. HART, Ks. S. Ct. No. 20276
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: jason.hart2@usdoj.gov

<div style="border:1px solid black">

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

</div>

## **PENALTIES**

### **Counts 1-3 – [18 U.S.C. § 922(g)(1)]**

- Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.